UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA,
Plaintiff-Respondent,

v. Case No. 7:18-CR-00855

DR. JORGE C. ZAMORA-QUEZADA,
Movant.

United States District Court
Southern District of Texas
FILED

JUL 0 1 2026

Nathan Ochsner, Clerk

------------------------------------------------------------

MOTION TO RECONSIDER ACCEPTANCE OF §2255 PETITION
AND REQUEST FOR NUNC PRO TUNC FILING

Movant, Dr. Jorge C. Zamora-Quezada, respectfully moves this Court to reconsider acceptance of his timely filed motion under 28 U.S.C. §2255, and states as follows:

1. On [fecha exacta], Movant deposited his §2255 motion in the United States Postal Service, as evidenced by the attached USPS receipt.

2. Pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), service by mail is complete upon mailing. Rule 6(d) further extends the filing period by three days when service is made by mail.

3. The Supreme Court in Houston v. Lack, 487 U.S. 266 (1988), and the Fifth Circuit in Thompson v. Raspberry, 993 F.2d 513 (5th Cir. 1993), have recognized that the date of mailing controls for purposes of timeliness in habeas corpus and §2255 proceedings. See also United States v. Duran, 934 F.3d 407 (5th Cir. 2019).

4. The failure of PACER to reflect the filing is an administrative error, not attributable to Movant. The attached USPS receipt proves compliance with the statutory deadline under 28 U.S.C. §2255(f).

WHEREFORE, Movant respectfully requests that this Court:

(a) Accept his §2255 motion as timely filed nunc pro tunc to the date of mailing; and

(b) Direct the Clerk of Court to docket the motion accordingly.
Respectfully submitted,

_____
Dr. Jorge C. Zamora-Quezada up