United States District Court
Southern District of Texas
FILED

JUL 06 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | |
|---|---|
| JORGE C. ZAMORA-QUEZADA, | § |
| | § |
| Movant, | § |
| | § |
| VS. | §   **CIVIL NO. 7:26-CV-0302** |
| | §   **CRIM. NO. 7:18-CR-0855-1** |
| UNITED STATES OF AMERICA, | § |
| | § |
| Respondent. | § |

## ORDER

Pending is Movant JORGE C. ZAMORA-QUEZADA's *Motion to Vacate, Set Aside, or Correct a Sentence Under 28 U.S.C. § 2255* (the "Motion") (Civ. Dkt. Nos. 1, 2; Cr. Dkt. Nos. 875, 876),[1] which appears to have been hand-delivered to the Clerk of Court on July 1, 2026. The Government is hereby ORDERED to submit a response to the Motion. The Government must file its response by **no later than 45 days from the date of this order.**

### *Directive to Clerk of Court*

The Clerk of Court is DIRECTED to serve Movant with a copy of this order by certified mail, return receipt requested.

IT IS SO ORDERED.

DONE at McAllen, Texas this 6th day of July 2026.

J. SCOTT HACKER
United States Magistrate Judge

---

[1] Unless otherwise noted, citations to specific pages in the record refer to the pagination of docket entries in the case management/electronic case-file (CM/ECF) system. As used here, "Civ. Dkt." is a citation to Civil Action No. 7:26-CV-0302, and "Cr. Dkt." is a citation to Criminal Action No. 7:18-CR-0855-1.

1 / 1